**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MICAMP SOLUTIONS, LLC D/B/A MICAMP MERCHANT SERVICES,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:21-CV-04125-TWT** |
| **PRIORITY PAYMENT SYSTEMS, LLC AND PRIORITY INTEGRATED SOLUTIONS, LLC D/B/A PRIORITY INNOVATIVE SOLUTIONS,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon review and consideration of the parties' Consent Motion to Extend Deadlines.

IT IS HEREBY ORDERED that the Motion is GRANTED. The parties' deadline to complete the Rule 26(f) Conference and file their Joint Preliminary Report and Discovery Plan and Initial Disclosures is now April 29, 2022.

SO ORDERED this 31st day of March, 2022.

Thomas W. Thrash, Jr., Judge,
United States District Court, Northern District of Georgia